ROBERT HERRERA, ESQ.; STATE BAR NO. 314497
**ADERS & HERRERA, APC**
1800 E. Lambert Road, Suite 215
Brea, CA 92821
Phone: (949) 229-8449
Fax: (949) 996-5152
E-mail: team@aderslaw.com

Attorneys for Plaintiff
ANNIE SWAYNE

STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
ERIC J. PALMER, ESQ.: STATE BAR NO. 231207

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: sforman@tharpe-howell.com
E-Mail: epalmer@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ANNIE SWAYNE, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company, and DOES 1 to 100, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 8:25−cv−00543 SRM (DFMx)<br>[Orange Superior Court Case No. 30-2025-01460468-CU-PO-CJC]<br><br>[District Judge Serena R. Murrillo; Magistrate Judge Douglas F. McCormick]<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: February 14, 2025 |

**TO THE COURT:**

　　Counsel for plaintiff ANNIE SWAYNE and defendant LOWE'S HOME CENTERS, LLC jointly submit this Notice of Settlement to notify the Court that the parties have reached a settlement agreement in this litigation. The settlement disposes of the entire action. The parties request that this Court take all dates off

calendar.

Respectfully submitted,

Dated: October 22, 2025                ADERS & HERRERA, APC

By: _____
ROBERT HERRERA
Attorneys for Plaintiff,
ANNIE SWAYNE

Dated: October 23, 2025                THARPE & HOWELL, LLP

By: _____
STEPHANIE FORMAN
ERIC J. PALMER
Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**
2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.
3. I served copies of the following documents (specify the exact title of each document served):

**JOINT NOTICE OF SETTLEMENT**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| Robert Herrera, Esq.<br>ADERS & HERRERA, APC<br>1800 E. Lambert Road<br>Suite 215<br>Brea, CA 92821<br>Phone: (949) 229-8449<br>Fax: (949) 996-5152<br>Email: team@aderslaw.com | Attorneys for Plaintiff,<br>ANNIE SWAYNE |
|---|---|

5.  a. ___ **By personal service**. I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

    b. ___ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

    (1) ___ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

    (2) ___ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 3 -
**JOINT NOTICE OF SETTLEMENT**

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

c. ___ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ___ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

e. **x** **By e-mail or electronic transmission.** By filing through the Court's CM/ECF system, which resulted in the generation of a Notice of Electronic Filing (NEF) confirming service on all registered CM/ECF users, including the person(s) listed above in item 4. Fed.R.Civ.P. 5(b)(2)(E), Central District Local Rule 5-3.2.

f. **x** **By e-mail or electronic transmission**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date):* See Below

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 10/23/2025 | Nara A. Niebla | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\35000-000\35621\Pleadings\FEDERAL\Joint Notice of Settlement.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221